FILED LOGGED ENTERED RECEIVED OCT 5 2015 AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY _____ DEPUTY

Civil Action No.#
Dear, Federal Judge Mr. Richard D. Bennett       BDB-10-3386
                                                 9/27/15

My Name is Tony Dewitt #318063 I'm Housed At North Branch Correctional Institution. I Filed A Suit And December 2010 Arguing that The Prosecutor, Several Police Detectives And State Witnesses Perjuried Themselves to obtain my Criminal Conviction. I Would like This Civil Case to be Reopened and I Would like to Amend The Petition. I Was Found Guilty At the Baltimore City Circuit Court And 2003 by Judge Alfred Nance. My Criminal Case Was Reversed because I Found Evidence that Could Have Changed The Outcome of my trial years ago. I Also Have Evidence that would have totally Backed up my Argument that I've Argued For years your honor. I Am totally devastated by Jury decision not only because of My Innocense but Also because of the way the Prosecutor Cynthia Banks and law enforcement Conducted Themselve's in Order to Convict Me. Detective Kevin turner Detective Gregory MacGillivary, Detective William Ritz, Detective Garvell Green and Det. Mark Veney tampered with Evidence And Made False Reports. Detective William Ritz and Detective Gregory MacGillivary Are Partners They were the lead Detectives and my Case. Those Two Detectives Have been forced to Resign For There Misconduct and Corruption from the Baltimore City Police Dept. Those Same Detectives Did The Same thing to Me that they did And There Other Cases that Was Reversed because of Their Perjury Testimony. Tampering with Evidence Coercing and Threatening witnesses. The Prosecutor And This Case Ms. Cynthia Banks Knew About These Detectives And There Corrupt tactics to obtain Convictions. The Trial Judge and The Prosecutor Condoned Perjury Testimony From the Detectives and The State witnesses. I Thought I would Receive Justice This Situation is Very disturbing and the Pressure that I'm Under Cause Me to Address the Court.

Enclosed is a copy of the information containing to the Detectives and the corrupt tactics they used to convict. I have a Federal Investigator by the Name of Jennifer Swartz that's willing to Testify on my behalf to the Findings of Detective William Ritz Admitting to Everything I've Accused him and his Partner Detective Gregory MacGillivary stating he was and on it as well. They was bolstering charges, distroying Evidence, Threatening witnesses and Coercing witnesses. You being the One in Authority I Trust that you take information that your Reading And Address the Issues Properly. I do not wish to challenge your Profession as in being Knowledgable of the Law. I Am Fighting For my Life for Something I did not do. It Seem like Every One turned A Blind Eye to those Detectives behavior. The Surviving Victim Maurice Booker Still Saying to This Day I Wasn't the One who Shot him and the Prosecutor Cynthia Bank Still Don't Care All she is Concerned About is Somebody or Some One being Convicted of this Crime if There Responsible or Not. your Honor these Are the Cases that was Reversed For these Same Corrupt Cop's. Ezra Mable V. State of Maryland 2010, Sabein Burgess V. State of Maryland 2014, Adnan Syed V. State of Maryland 2014, Rodney Addison V. State of Maryland 2005, Brian Cooper V. State of Maryland No 1353 Sept term 2003, and Tony Williams V. State of Maryland No. 2161 Sept term 2002. The Detectives and my case Resolved to Focus Entirely on Petitioner and did not Attempt to determine the Actual truth in their Investigation or to develop A Case based on truthful Facts Motivated by a desire to Quickly Solve Booker and Moore's Murder and Make and Arrest in this case. The detectives Adopted A Thoery And Then Abused There investigation And Authority to Construct A CASE to Fit It.

I'm asking the Court to really look at the facts in this case in I'm hoping your take my evidence into consideration to back up my Acussations. My case was Reversed on August 21st and The Circuit Court for Baltimore City the Case Number # 103006015/16 This civil suit is against the Prosecutor Cynthia Banks, trial Attorney Jerome Lacorte, Det. Gregory McGillvary, Det. William Ritz Det. Garvell Green, Det. Mark Veney, the State of MD, the Baltimore City Police Dept, the Prosecutor office, the Mayor and City Council Police technician Mark Takacs, Det. Kevin turner, Commissin Ed Norveis former Police Commissioner Anthony Batts and Unknown officers I would like to sue for 30 Million Dollars, and I would like the Detectives and Prosecutors Envolves to be held Responsible for There Actions. Your Honor thank you for taking the time out to read my letter.

Sincerely

Tony Jewitt 318063 

c/c